IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

CHRISTOPHER SENA,

    Plaintiff,

vs.                    No.

UNITED STATES OF AMERICA,

    Defendant.

## COMPLAINT FOR PERSONAL INJURIES

COMES NOW the plaintiff, Christopher Sena, by and through his counsel of record, Fine Law Firm (Joseph M. Fine), and for his complaint states as follows:

1.    Plaintiff, at all relevant times, is and has been a resident of Rio Rancho, Sandoval County, New Mexico; the events giving rise to this claim occurred in Rio Rancho, New Mexico, making venue appropriate in this district pursuant to 28 USC Section 1391(e)(3).

2.    At all relevant times, the Department of Health and Human Services was a "federal agency" within the meaning of 28 USC, Section 2671. Jurisdiction over the United States is pursuant to the Federal Tort Claims Act, 28 USC Section 1346.

3. At all material times, Leigh Hubbard was a duly authorzied agent and employee of the Department of Health and Human Services and was acting within the course and scope of his employment.

4. On October 23, 2008, a vehicle driven by the plaintiff, Christopher Sena, was involved in an accident with a vehicle driven by Leigh Hubbard.

5. The accident described in the preceding paragraph occurred as a direct and proximate result of the negligence of Leigh Hubbard; such negligence includes, but is not limited to, driver inattention, failure to keep a proper lookout and following too closely.

6. As a direct and proximate result of the negligence of Leigh Hubbard, the plaintiff, Christopher Sena, sustained damages, which include, but are not limited to, past and future medical bills, past and future pain and suffering, lost wages and lost earning capacity.

WHEREFORE, plaintiff respectfully requests a reasonable award of damages from the defendant, his costs herein, pre-judgment interest, post-judgment interest and such other relief as the Court deems proper.

_____
JOSEPH M. FINE
Attorney for Plaintiff
Fine Law Firm
220 Ninth St., NW
Albuquerque, NM 87102
(505) 243-4541